IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DORIS E. ROEDL,**

**Plaintiff,**

**v.**

**ELI LILLY AND COMPANY,**

**Defendant.**                              **No. 06-CV-353-DRH**

### ORDER

**HERNDON, District Judge:**

      Before the Court is a motion to withdraw as counsel submitted by Plaintiff Doris E. Roedl ("Plaintiff') law firm of record, Brown & Crouppen. (Doc. 7.) The Court **GRANTS** this motion and **WITHDRAWS** Brown & Crouppen and Attorneys John Driscoll and Seth Webb as Attorneys of Record. (Doc. 7.) The Court, further, **ORDERS** Plaintiff to advise the Court of her new counsel or her intent to

proceed without counsel within **forty days** of the issuance of this Order.[1]

       **IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

                         /s/      David  RHerndon
                         **United States District Judge**

---

[1] In its motion to withdraw, Brown & Crouppen states as follows:

> Plaintiff is hereby notified that upon receipt of an order granting this Motion, Plaintiff will have twenty-one (21) days to file with the court a Supplementary Appearance for herself or her new counsel that provides an address at which the Plaintiff and/or the new counsel may receive service of documents related to the case.

(Doc. 7.) For the sake of clarity, this language appeared in a motion submitted by a party, consistent with Local Rule 83.1(g)(2), not the order of the Court, and thus is not binding on Plaintiff. As noted above, Plaintiff has forty days to advise this Court of her new counsel or her intent to proceed without counsel, which in the Court's experience is more reasonable to deal with the issue of new counsel.