IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DORIS E. ROEDL,**

**Plaintiff,**

**v.**

**ELI LILLY AND COMPANY,**

**Defendant.**                                   **No. 06-CV-353-DRH**

### ORDER

**HERNDON, District Judge:**

Pursuant to the Stipulation of Dismissal executed by the parties (Doc. 13), **IT IS ORDERED** that this action is hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.  Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 22nd day of August, 2006.

/s/     David   RHerndon
**United States District Judge**