IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DORIS E. ROEDL,**

    **Plaintiff,**

    **vs.**                                      Cause No. 06-CV-353 DRH

**ELI LILLY AND COMPANY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.------

                                                              **NORBERT G. JAWORSKI, CLERK**

August 23, 2006                                    By:   s/Patricia Brown
                                                                    Deputy Clerk

APPROVED:/s/   David   RHerndon
                **U.S. DISTRICT JUDGE**